# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| MY11 | E 1686206 | Wilson | 330 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged | CFR | USC | State Code |
|---|---|---|---|---|
| 08/31/25 2120 | 13-411 (G) | | | ✓ |

**Place of Offense:** Amber Drive at Navy Way

**Offense Description: Factual Basis for Charge:** Displaying reg. plates issued for other vehicle.

HAZMAT ☐

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Powell | Devon | Javon |

Street Address: [REDACTED]

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 3FF4310 | MD | 23 | Nissan | | Blue |

**APPEARANCE IS REQUIRED**
A ☐ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 70  Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT AT www.cvb.uscourts.gov → $ 100  Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: 1520 Freedman Dr Frederick MD 21702
Date: TBD
Time: TBD

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1686206*

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on **August 31st**, 20**25** while exercising my duties as a law enforcement officer in the **Ft. Detrick** District of **Maryland**

On August 31st at approximately 2120 hours, I observed a blue in color Nissian operating on Amber Drive without visable tail lights. I conducted a traffic stop at Ditto Ave and Amber Drive. A check in NCIC showed the vehicle registration (MD #3FF4310) as belonging to a 2019 GMC Terrain. I identified the driver as Devon Powell by his MD drivers license (MD b25941147). His license returned as clear and valid. The driver was cited for (13-411 (G)) displaying reg. plates issued to another vehicle.

The foregoing statement is based upon:
☒ my personal observation  ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 08/31/2025   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident